HARRIS ET AL. *v.* VIRGINIA.

No. 57, Misc.   Decided June 22, 1964.

*Len W. Holt* and *Simon Lawrence Cain* for petitioners.
*Sol Goodman* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case remanded to the Supreme Court of Appeals of Virginia for consideration in light of *Peterson* v. *City of Greenville,* 373 U. S. 244, and *Robinson* v. *Florida, ante,* p. 153.

MR. JUSTICE DOUGLAS would reverse outright on the basis of the views expressed in his opinion in *Bell* v. *Maryland, ante,* p. 242.